# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
December 8, 2010

Lyle W. Cayce
Clerk

No. 10-20322
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GILBERTO PEREZ PARDON, also known as Gilberto P. Perez, also known as
Gilberto Perez, also known as Jose Flores, also known as Gilberto Padron Perez,
also known as Gilberto Perez-Padron, also known as Robert Garza Perez, also
known as Guillermo Perez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-670-1

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Gilberto Perez Pardon
has moved for leave to withdraw and has filed a brief in accordance with *Anders
v. California*, 386 U.S. 738 (1967).  Perez Pardon has not filed a response.  Our
independent review of the record and counsel's brief discloses no nonfrivolous
issue for appeal.  Accordingly, counsel's motion for leave to withdraw is

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-20322

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.